**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Omar GONZALEZ–FERNANDEZ, also known as Omar Fernandez–Gonzalez, also known as Carlos Gonzalez–Hernandez, also known as Carlos Manuel Gonzalez–Hernandez, also known as Omar Hernandez–Gonzalez, Defendant–Appellant.**

No. 08–40207
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 8, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

---

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

Rehearing is granted.

An amended transcript of the sentencing shows that the written sentence of three years supervised release accords with the oral sentence. Our record being inconsistent, we follow the request of the defendant with our remand for the district court to decide whether further action should be taken. REMANDED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.